**VDSM**
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
briannettles@nettleslawfirm.com
eric@nettleslawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRACE RUGGIERI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROPERTY AND CASUALTY ) <br> INSURANCE COMPANY OF ) <br> HARTFORD;HARTFORD INSURANCE ) <br> COMPANY OF THE MIDWEST, a foreign ) <br> Corporation; DOES 1 through 5 and ROE ) <br> CORPORATIONS 6 through 10,and ABC ) <br> LIMITED LIABILITY COMPANIES ) <br> 11 through 20 inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 2:13-cv-00071-GMN-GWF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO:

## PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD

Plaintiff, GRACE RUGGIERI, by and through her counsel Eric L. Marshall, Esq., of the

Nettles Law Firm., hereby dismisses its claims against Defendants PROPERTY AND

CASUALTY INSURANCE COMPANY OF HARTFORD with prejudice pursuant to FRCP

41(b). All claims and relative rights appertaining to the remaining defendants remain in issue and are not anticipated to be dismissed by the current Notice. No trial date has been set.

DATED this 7th day February, 2013.

NETTLES LAW FIRM

By: _____
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
briannettles@nettleslawfirm.com
eric@nettleslawfirm.com
Attorneys for Plaintiff

## ORDER

Upon stipulation of counsel and good cause appearing therefore,

IT IS HERBY ORDERED that PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD is dismissed with prejudice pursuant to FRCP 41(b)

**IT IS SO ORDERED** this 13th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

NETTLES LAW FIRM

By: _____
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488