## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRACE RUGGIERI,          )<br>                         )<br>     Plaintiff,       )     Case No.  2:13-cv-00071-GMN-GWF<br>                         )<br>vs.                      )     **ORDER**<br>                         )<br>THE HARTFORD,            )<br>                         )<br>     Defendant.          )<br>_____) | |

      This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated January 15, 2013, required the parties to file a Joint Status Report regarding removed action no later than February 17, 2013.  To date the parties have not complied.  Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 4, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 20th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge